1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  90 S. Kyrene Rd., Ste. 5
   Chandler, AZ 85226-4687
3  Office: (480) 756-8822
   Fax: (480) 302-4186
4  floyd@bybeelaw.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Russell J. Bellinger;<br><br>     Plaintiff,<br><br>v.<br><br>Ryan Rapp & Underwood, P.L.C.;<br><br>     Defendant. | No. CV17-0600-PHX-DGC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  April 3, 2017  .

  s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

Copy of the foregoing mailed
  April 3, 2017   to:

M. Todd Sloan
Ryan, Rapp & Underwood, PLC
3200 N. Central Ave Ste 1600
Phoenix, AZ 85012
Defendant

by  Floyd W. Bybee

- 2 -