IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell J. Bellinger,<br><br>    Plaintiff,<br><br>vs.<br><br>Ryan Rapp & Underwood PLC,<br><br>    Defendant. | No. CV17-0600 PHX DGC<br><br>**ORDER** |

After review of the file, the Court notes that the complaint in this matter was filed on February 28, 2017 and the return of service was filed on March 22, 2017 indicating that Defendant had been served on March 1, 2017.  No answer has been filed and no application for entry of default has been made.

**IT IS ORDERED** that counsel for the plaintiff shall file a status report within 14 days of the date of this order concerning the status of this case.

**IT IS FURTHER ORDERED** that this matter will be dismissed within 14 days of the date of this order if counsel fails to file a status report.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **April 18, 2017** without further order of this Court if plaintiff fails to file a status report on or before April 17, 2017.

Dated this 3rd day of April, 2017.

_David G. Campbell_
David G. Campbell
United States District Judge